IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Raickett, Kimberly

Printed: 01/22/09

Case Number: 08 B 20690
Judge: Hollis, Pamela S
Filed: 8/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,876.90 |  |
| Secured: |  | 603.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,964.50 |
| Trustee Fee: |  | 252.13 |
| Other Funds: |  | 56.77 |
| Totals: | 3,876.90 | 3,876.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,964.50 | 2,964.50 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 4,252.16 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 25,273.00 | 603.50 |
| 5. | Home Loan Services | Secured | 19,972.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,470.21 | 0.00 |
| 7. | U.S. Department Of Education | Unsecured | 4,312.34 | 0.00 |
| 8. | Beverly Federal Credit Union | Unsecured | 1,916.63 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 332.64 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 1,843.39 | 0.00 |
| 11. | Beverly Federal Credit Union | Unsecured | 2,248.19 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 137.20 | 0.00 |
| 13. | CB USA | Unsecured | 9.80 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 491.96 | 0.00 |
| 15. | Blue Chips Casino | Unsecured | 245.00 | 0.00 |
| 16. | Lake Imaging LLC | Unsecured | 18.13 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 511.39 | 0.00 |
| 18. | Midland Credit Management | Unsecured | 500.76 | 0.00 |
| 19. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 20. | AMCA | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | CB USA | Unsecured |  | No Claim Filed |
| 23. | CB USA | Unsecured |  | No Claim Filed |
| 24. | CB USA | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |
| 26. | Harris & Harris | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Raickett, Kimberly

Printed: 01/22/09

Case Number: 08 B 20690
Judge: Hollis, Pamela S
Filed: 8/7/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 28. | Loan Shop | Unsecured | | No Claim Filed |
| 29. | Debt Credit Service | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | Midstate Collection | Unsecured | | No Claim Filed |
| 32. | Account Recovery Service | Unsecured | | No Claim Filed |
| 33. | Quickest Cash Advance | Unsecured | | No Claim Filed |
| 34. | Robert M Wolfberg | Unsecured | | No Claim Filed |
| 35. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 36. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 37. | One Click Cash | Unsecured | | No Claim Filed |
| | | | $ 70,499.30 | $ 3,568.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 252.13 |
| | $ 252.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

